**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                      General Court Number
Clerk                                                                                                          415.522.2000

March 17, 2008

Re:  MDL 05 – 1699 In re Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation

Title of Case                                                                                          Case Number
*Iona Charlene Wyrick -v- Pfizer, Inc.*                                              *C-08-1457 CRB*

Dear Sir/Madam:

        This is to advise you that the above entitled has been assigned to the Honorable Charles
R. Breyer and pursuant to the Court's Pretrial Order No. 1 is made part of the above MDL
action.

        The parties are directed to go to this Court's Bextra and Celebrex Marketing, Sales
Practices, and Products Liability Litigation  webpage at www.ecf.cand.uscourts.gov/cand/bextra/
for detailed information and instructions regarding this MDL action.

        Please be advised that this action has been designated as an E-Filing case.  Therefore,
counsel is directed to immediately register as an ECF user with the Northern District of
California.  Information on registration and an on-line registration form can be found in our
website at https://ecf.cand.uscourts.gov

                                                                        Sincerely yours,

                                                                        *R. C. Santos*

                                                                        Rufino C. Santos
                                                                        Deputy Clerk

cc: Counsel
      MDL