Attorneys for Plaintiff(s), Iona Wyrick

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Index No.: 08-1457 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Iona Wyrick,<br><br>    Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>    Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff(s), Iona Wyrick, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: May 1, 2009  By: _____
            Michael A. London
            Douglas & London, P.C.
            111 John Street, Suite 1400
            New York, NY 10038
            Telephone: (212) 566-7500
            Facsimile: (212) 566-7501
            Attorneys for Plaintiff(s), Iona Wyrick

DATED: Oct. 21, 2009  By: _____
            DLA PIPER LLP (US)
            1251 Avenue of the Americas
            New York, NY 10020
            Telephone: (212) 335-4500
            Facsimile: (212) 335-4501
            Defendants' Liaison Counsel

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: OCT 28, 2009  _____
            Hon. Charles R. Breyer
            United States District Court

-1-